## UNITED STATES of America, Plaintiff–Appellee,

v.

## John Glen CONNER, Defendant–Appellant.

### No. 00–6577.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 28, 2000.

Decided Jan. 5, 2001.

John Glen Conner, pro se. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

John Glen Conner appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Conner,* Nos. CR–96–142; CA–99–207–3–MU–2 (W.D.N.C. Feb. 14, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Reginald L. Bond seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Bond v. Angelone,* No. CA–99–1239–2 (E.D.Va. May 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Although the district court's judgment or order is marked as "filed" on February 10, 2000, the district court's records show that it was entered on the docket sheet on February 14, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was entered on the docket sheet that we take as the effective date of the district court's decision. *See Wilson v. Murray,* 806 F.2d 1232, 1234–35 (4th Cir.1986).